UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ERIC D. SMITH, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No. 1:07-cv-127-RLY-WTL |
| ) | |
| STAN KNIGHT, ) | |
| ) | |
| Respondent. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 05/03/2007

Laura Briggs, Clerk
United States District Court

_(signature)_
Deputy Clerk, U.S. District Court

_(signature)_
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Eric D. Smith , DOC #112675
Westville Correctional Center
P.O. Box 473
Westville, IN 46391-0473

pamela.moran@atg.in.gov